IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02051-RBJ-MEH

FIRST DESCENTS, INC., a Colorado non-profit corporation,

    Plaintiff,

v.

EDDIE BAUER LICENSING SERVICES LLC, a Delaware limited liability company, and
EDDIE BAUER LLC, a Delaware limited liability company,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 22, 2011.**

    The Joint Motion for Entry of Protective Order [filed November 21, 2011; docket #31] is **granted in part and denied in part**.[1]  The proposed Protective Order is accepted as modified, issued and filed contemporaneously with this minute order.

---

[1] Paragraph 24 of the proposed order is not accepted in full; the last sentence regarding the Court's ongoing jurisdiction was removed.