IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02051-RBJ-MEH

FIRST DESCENTS, INC., a Colorado non-profit corporation,

      Plaintiff,

v.

EDDIE BAUER LICENSING SERVICES LLC, a Delaware limited liability company, and
EDDIE BAUER LLC, a Delaware limited liability company,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 8, 2011.**

      In light of the settlement reached in this case [docket #37], Plaintiff's Motion to Strike Portions of Defendants' Amended Answer and Affirmative Defenses to First Amended Complaint [filed November 22, 2011; docket #35] is **denied as moot**.